AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DEREK MICHAEL CAQUELIN | Case No.   5:20CR50027-001 |
| | USM No.   01979-509 |
| | Kevin Lammers |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations: No.(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | August 29, 2022 |
| 2 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | January 27, 2023 |
| 3 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | March 27, 2023 |
| 4 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | May 4, 2023 |
| 5 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | July 6, 2023 |
| 6 | Special Condition No. 1: Failure to Participate in SA Treatment | July 24, 2023 |
| 7 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | August 9, 2023 |
| 8 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | September 14, 2023 |
| 9 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | January 11, 2024 |
| 10 | Special Condition No. 1: Failure to Participate in SA Treatment | January 18, 2024 |
| 11 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | February 21, 2024 |
| 12 | Special Condition No. 3: Unlawful Use of a Controlled Substance-Marijuana | April 1, 2024 |

The defendant is sentenced as provided on page __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   5436

Defendant's Year of Birth:   1996

City and State of Defendant's Residence:
Springdale, Arkansas

April 26, 2024
Date of Imposition of Judgment

*/s/ T.B.*
Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

*April 29, 2024*
Date

Judgment — Page 2 of 2

DEFENDANT: DEREK MICHAEL CAQUELIN
CASE NUMBER: 5:20CR50027-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **six (6) months. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 1 p.m. on   June 5, 2024  .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL